[No. 22542-9-III.   Division Three.   February 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK ANDY FOUNTAINE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01841-7, Robert D. Austin, J., entered November 7, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 22575-5-III.   Division Three.   February 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY DONNEL KNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01541-6, Maryann C. Moreno, J., entered November 19, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Brown, J.

[No. 22596-8-III.   Division Three.   February 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN R. YAGER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01040-6, Tari S. Eitzen, J., entered December 2, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Brown, J.

[No. 22696-4-III.   Division Three.   February 17, 2005.]

VERNON L. REAGAN, *Respondent*, v. U.S. BANK, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-07091-9, Linda G. Tompkins, J., entered December 23, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.